**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DONALD R. MCCISKILL,**
    Plaintiff,

vs.                    **CASE NO.: 3:10cv56/LAC/MD**

**MS. DEIDRICH, et al.,**
    Defendants.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 24, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and the objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

DONE AND ORDERED this 23rd day of March, 2010.

                                           s/_L.A. Collier_
                                           **LACEY A. COLLIER
                                           SENIOR UNITED STATES DISTRICT JUDGE**